UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANNY R. CHESTINE JR., | Case No. 2:23-cv-01674-GMN-EJY |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| NORTH LAS VEGAS JUSTICE COURT, | |
| Defendant. | |

On October 13, 2023, Plaintiff filed an initiating document titled Motion to Compel that the Court construed as an unsuccessful attempt to file a Complaint. ECF Nos. 1-1; 3. Plaintiff's initial submission was not accompanied by a complete application to proceed *in forma pauperis* ("IFP") or the required filing fee. On October 17, 2023, the Court issued an Order giving Plaintiff through and including November 22, 2023 to file a Complaint on the Court's form and either pay the filing fee for a civil action or file a complete IFP by a non-prisoner. ECF No. 3. The Court also instructed the Clerk of Court to mail Plaintiff (1) the form Civil Rights Complaint, (2) instructions for completing the Complaint, (3) the IFP application by a non-prisoner, and (4) the instructions for completing this form. *Id.* The Order concluded the Court would recommend dismissal without prejudice of this action if Plaintiff failed to comply with the October 17, 2023 Order. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's October 17, 2023 Order.

Dated this 28th day November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

1

**<u>NOTICE</u>**

2         Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be

3    in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has

4    held that the courts of appeal may determine that an appeal has been waived due to the failure to file

5    objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also

6    held that (1) failure to file objections within the specified time and (2) failure to properly address

7    and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal

8    factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir.

9    1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28